F I L E D
Clerk
District Court
SEP 11 2015
for the Northern Mariana Islands
By_____
(Deputy Clerk)

ALICIA A.G. LIMTIACO
United States Attorney
MARIVIC P. DAVID
Assistant United States Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, GU 96910
TEL:   (671) 472-7332
FAX:   (671) 472-7215
RUSSELL H. LORFING
Assistant United States Attorney
P.O. Box 500377
Horiguchi Building, Third Floor
Saipan, MP 96950
TEL:   (670) 236-2980
FAX:   (670) 236-2985

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **TIM BLYTH**, <br><br> Defendant. | Case 1:13-cr-00002-002 <br><br> **ORDER GRANTING** <br> **UNITED STATES' UNOPPOSED** <br> **MOTION TO DISMISS WITH** <br> **PREJUDICE** |

Before the Court is the United States' Unopposed Motion to Dismiss with Prejudice (ECF 196).  For cause shown, the motion is GRANTED.  Accordingly, the Indictment against Defendant Tim Blyth is hereby dismissed with prejudice.

SO ORDERED on September 11, 2015.

_____
RAMONA V. MANGLONA
CHIEF JUDGE